

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

OMAR J. SIDDIQI
Senior Counsel
E-mail: osiddiqi@law.nyc.gov
Phone: (212) 356-2345
Fax: (212) 788-9776

January 19, 2023

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Kye Kiyee v. City of New York et al., 21 Civ. 3660

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above-referenced matter. I write to respectfully request that the Court extend defendants' time to file their motion to dismiss from January 19, 2023, to January 23, 2023, and accordingly extend plaintiff's time to oppose the motion from February 10, 2023, to February 13, 2023. I have conferred with plaintiff's counsel who consents to the instant request. Due to a personal issue involving a vehicular incident, defense counsel will be unable to complete the motion by the January 19th deadline. The undersigned respectfully requests that the Court grant this very brief extension to accommodate his issue; this is defense counsel's first request for an extension, and defense counsel respectfully submits to the Court that this extension would not prejudice the case.

*Application Granted.*
*SO ORDERED*
*/s/ [signature]*
*USDJ*
*1-19-23*

Respectfully submitted,

/s/

Omar J. Siddiqi
Senior Counsel
Special Federal Litigation Division

cc:    Jay K. Goldberg, *Attorney for Plaintiff* (By ECF)